# EXHIBIT A

## DECLARATION OF CHARLENE HEISLER

I, Charlene Heisler, declare, under penalty of perjury, in accordance with 28 U.S.C. §1746 that:

1. I currently work for Tri-State Pain Institute, LLC ("Tri-State Pain") as the Office Manager.

2. Tri-State Pain currently has 12 total employees.

3. Based on my review of payroll records, Tri-State Pain did not have 15 or more employees employed at the same time for 20 or more weeks during calendar years 2022 and 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 1-5-2023

_____
Charlene Heisler