IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | | |
|---|---|---|
| CYNTHIA CHUZIE-MCDOWELL, | ) | Civil Action No. 1:23-cv-00097-SPB |
| | ) | |
| Plaintiff, | ) | |
| | ) | *ELECTRONICALLY FILED* |
| v. | ) | |
| | ) | |
| TRI-STATE PAIN INSTITUTE, LLC, | ) | Honorable Susan Paradise Baxter |
| | ) | |
| Defendant. | ) | |

**CORPORATE DISCLOSURE**

    Pursuant to LCvR 7.1 of the United States District Court for the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Tri-State Pain Institute, LLC, Defendant in the above captioned matter, hereby certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

Dated: May 9, 2023

Respectfully submitted,

JACKSON LEWIS P.C.

*/s/ Andrew F. Maunz*
Andrew F. Maunz, Esq.
PA ID No. 329674
Andrew.maunz@jacksonlewis.com
Kelly L. Mistick, Esq.
PA ID No. 315545
kelly.mistick@jacksonlewis.com
1001 Liberty Avenue, Suite 1000
Pittsburgh, Pennsylvania 15222
(412) 232-0404 - Telephone
(412) 232-3441 – Fax

*Attorneys for Defendant*