# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA
# ERIE DIVISION

| | | |
|---|---|---|
| CYNTHIA CHUZIE-MCDOWELL, | ) | Civil Action No. 1:23-cv-00097-SPB |
| | ) | |
| Plaintiff, | ) | |
| | ) | *ELECTRONICALLY FILED* |
| v. | ) | |
| | ) | |
| TRI-STATE PAIN INSTITUTE, LLC, | ) | Honorable Susan Paradise Baxter |
| | ) | |
| Defendant. | ) | |

## **NOTICE OF APPEARANCE**

Kindly enter the appearance of Kelly L. Mistick as counsel for Defendant Tri-State Pain Institute, LLC, in the above-captioned matter.

Dated: May 9, 2023

Respectfully submitted,

JACKSON LEWIS P.C.

*/s/ Kelly L. Mistick*
Andrew F. Maunz, Esq.
PA ID No. 329674
andrew.maunz@jacksonlewis.com
Kelly L. Mistick, Esq.
PA ID No. 315545
kelly.mistick@jacksonlewis.com
1001 Liberty Avenue, Suite 1000
Pittsburgh, Pennsylvania 15222
(412) 232-0404 - Telephone
(412) 232-3441 – Fax

*Attorneys for Defendant*