IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

|  |  |
|---|---|
| CYNTHIA CHUZIE-MCDOWELL,<br>Plaintiff<br><br>v.<br><br>TRI-STATE PAIN INSTITUTE,<br>Defendant | :<br>:<br>:<br>:<br>:<br>:  Case No.: 1:23-cv-97-SPB<br>:<br>:<br>:<br>:<br>:<br>: |

## **STATUS REPORT**

AND NOW, the Plaintiff, Cynthia Chuzie-McDowell, by counsel and pursuant to this Court's Order of October 3, 2023, submits the following status report, respectfully representing:

1. On September 15, 2023, mediation was held between the Parties and Carole Katz, Esquire. Settlement terms were discussed and in the following weeks, were finalized.

2. On October 26, 2023, counsel for Plaintiff sent counsel for Defendant the agreed settlement documents signed by Plaintiff.

3. To date, counsel for Plaintiff has yet to receive the settlement check.

4. When counsel for Plaintiff recieves the settlement check, he and counsel for Defendant will file a Stipulation for Dismissal.

        Respectfully submitted,

        MCNAIR LAW OFFICES, PLLC

        By:   *s/ Timothy D. McNair*
               Timothy D. McNair, Esquire
               Pa. ID#34304
               821 State Street
               Erie, PA 16501
               (814) 452-0700
               (814) 454-2371 (fax)
               tmcnair@mcnairlaw.com