IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| CYNTHIA CHUZIE-MCDOWELL,<br>        Plaintiff<br><br>v.<br><br>TRI-STATE PAIN INSTITUTE,<br>        Defendant | Case No.: 1:23-cv-97-SPB |

**MOTION FOR STATUS CONFERENCE**

AND NOW, the Plaintiff, Cynthia Chuzie-McDowell, by counsel and respectfully moves this Honorable Court to schedule a brief, telephonic status conference in the above-captioned matter, respectfully representing:

1.      The Parties have encountered a dispute as to the form of Order dismissing the case.

2.      Plaintiff believes that a conference with the Court will resolve the issue.

WHEREFORE, Plaintiff respectfully requests a telephone conference between counsel and the Court.

                                                Respectfully submitted,

                                                MCNAIR LAW OFFICES, PLLC

                                                By:  *s/ Timothy D. McNair*
                                                          Timothy D. McNair, Esquire
                                                          Pa. ID#34304
                                                          821 State Street
                                                          Erie, PA 16501
                                                          (814) 452-0700
                                                          (814) 454-2371 (fax)
                                                          tmcnair@mcnairlaw.com