IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| CYNTHIA CHUZIE-MCDOWELL, <br> Plaintiff <br><br> v. <br><br> TRI-STATE PAIN INSTITUTE, <br> Defendant | : <br> : <br> : <br> : <br> : <br> :  Case No.: 1:23-cv-97-SPB <br> : <br> : <br> : <br> : <br> : <br> : |

## **ORDER**

AND NOW, this _____ day of December, 2023, upon consideration of the foregoing Motion for Status Conference, it is ORDERED that a Microsoft Teams audio conference will be held on the _____ day of December, 2023 at _____ o'clock ____.m., using the dial in number (814) 400-5033 and the phone conference ID 136 238 296#

BY THE COURT:

_____
Susan Paradise Baxter, U.S.D.J.