IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

|  |  |  |
|---|---|---|
| CYNTHIA CHUZIE-MCDOWELL,<br>    Plaintiff | : | |
| v. | : | Case No.: 1:23-cv-97-SPB |
| TRI-STATE PAIN INSTITUTE,<br>    Defendant | : | |

## STIPULATION OF DISMISSAL

Plaintiff, Cynthia Chuzie-McDowell and Defendant, Tri-State Pain Institute, by and through their undersigned counsel, hereby stipulate pursuant to F.R.Civ.P. 41(a)(1)(A)(ii), that this action shall be DISMISSED, with prejudice, as between all parties, and each party shall bear their own costs and fees, including attorney's fees, incurred in connection with this action, except as may be provided in any settlement agreement.

Dated: December 8, 2023
/s/ Timothy D. McNair
Timothy D. McNair, Esquire
PA I.D.: 34304
McNAIR LAW OFFICES, PLLC
821 State Street
Erie, PA 16501
814-452-0700 (Direct)
814-454-2371 (Facsimile)
tmcnair@mcnairlaw.com
*Counsel for Plaintiff, Cynthia Chuzie-McDowell*

Dated: December 8, 2023
/s/ Andrew F. Maunz
Andrew F. Maunz, Esquire
PA ID No. 329674
JACKSON LEWIS, P.C.
1001 Liberty Avenue, Suite 1000
Pittsburgh, Pennsylvania 15222
(412) 232-0404 // (412) 232-3441 fax
Andrew.maunz@jacksonlewis.com
*Counsel for Defendant, Tri-State Pain Institute*