IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| CYNTHIA CHUZIE-MCDOWELL,<br>    Plaintiff | : <br> : <br> : <br> : |
| v. | : Case No.: 1:23-cv-97-SPB <br> : |
| TRI-STATE PAIN INSTITUTE,<br>    Defendant | : <br> : <br> : <br> : |

## ORDER OF DISMISSAL

AND NOW, this _____ day of December, 2023, upon consideration of the foregoing STIPULATION OF DISMISSAL, it is ORDERED that the above action is DISMISSED, with prejudice.

BY THE COURT:

_____
Susan Paradise Baxter, U.S.D.J.