IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| CYNTHIA CHUZIE-MCDOWELL,<br>Plaintiff<br><br>v.<br><br>TRI-STATE PAIN INSTITUTE,<br>Defendant | :<br>:<br>:<br>:<br>:<br>:<br>: Case No.: 1:23-cv-97-SPB<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER OF DISMISSAL

AND NOW, this 12th day of December, 2023, upon consideration of the foregoing STIPULATION OF DISMISSAL, it is ORDERED that the above action is DISMISSED, with prejudice.

BY THE COURT:

_____
Susan Paradise Baxter, U.S.D.J.